# Court of Appeals, State of Michigan

## ORDER

In re Richard Liba Revocable Living Trust

Docket No. 338049

LC No. 2016-221655-TV

Colleen A. O'Brien
Presiding Judge

Patrick M. Meter

Michael J. Riordan
Judges

The Court orders that the July 17, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error: David F. Zak, Trustee should be corrected in the caption of the opinion to read Dennis F. Zak, Trustee.

In all other respects, the July 17, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 1 9 2018
Date

Chief Clerk